UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. PENN,                      No. C 07-2230 SI (pr)

      Petitioner,               **ORDER DENYING CERTIFICATE OF APPEALABILITY**

   v.

ROBERT AYERS, JR., warden,

      Respondent.
                                          /

      Petitioner has filed a notice of appeal from the order denying his petition for writ of habeas corpus that challenged a parole denial decision. Under the recent decision of <u>Hayward v. Marshall</u>, 603 F.3d 546, 554 (9th Cir. 2010), a petitioner must obtain a certificate of appealability to appeal such a decision.

      A certificate of appealability will not issue because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

      IT IS SO ORDERED.

DATED: July 19, 2010

                                                                  SUSAN ILLSTON
                                                    United States District Judge